IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**WILLIAM T. MAYFIELD**  **PLAINTIFF**
ADC #659228

v.  No. 4:24-cv-00063-LPR-BBM

**RODNEY WRIGHT, et al.**  **DEFENDANTS**

## ORDER

The Court has reviewed the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Benecia B. Moore (Doc. 21) and the Plaintiff's Objections (Doc. 22). After a *de novo* review of the PRD, along with careful consideration of the Objections and the entire case record, the Court hereby approves and adopts the PRD in its entirety as this Court's findings and conclusions in all respects.[1]

Accordingly, Plaintiff may proceed with his individual-capacity conditions-of-confinement claims under the Eighth and Fourteenth Amendments.[2] Plaintiff's official-capacity claims are DISMISSED without prejudice for failure to state a claim upon which relief may be granted. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

---

[1] The Court notes that Plaintiff's Amended Complaint seeks $100,000.00 in "relief & monetary compensation," language which may encompass both compensatory and punitive damages. Am. Compl. (Doc. 20) at 5. Plaintiff also seeks reimbursement for his court filing fees. *Id*. Although Plaintiff may continue to pursue these remedies, the Court agrees with the PRD that Plaintiff's request for injunctive relief is now moot.

[2] The Court is far less convinced than the PRD seems to be that (1) there is a plausible suggestion in the Amended Complaint that the conditions of the shower were intentionally punitive, or (2) the Amended Complaint's allegations are specific enough to plausibly allege conditions not reasonably related to a legitimate governmental purpose or excessive in relation to that purpose—let alone the higher standard for post-conviction prisoners. Nonetheless, out of an abundance of caution, the Court will let this case proceed in the manner recommended by the PRD. An adversarial motion to dismiss will perhaps shed more light on the matter if one is filed.

IT IS SO ORDERED this 8th day of July 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE